**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

IN RE LETTER OF REQUEST          )
FROM SPAIN                       )
IN THE MATTER OF                 )          Misc. No. 06-
BAUZA                            )

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned,
Richard Andrews, Assistant United States Attorney for the
District of Delaware, petitions this Court for an Order pursuant
to Title 28, United States Code, Section 1782, in the form
submitted, to facilitate the taking of testimony of witnesses
residing within the jurisdiction of this Court, and other actions
as requested by a letter of request issued by the Spanish
authorities.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
Assistant U.S. Attorney
Delaware Bar I.D. No.2199
1007 N. Orange Street
Wilmington, DE    19801
(302) 573-6277

Dated: 7/27/06